# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

JOHN KIMBLE

V.

WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 07-C-0266

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Kimble's Position Description, dated 11/23/1977 |
| 2 | | | | | 1990 Review of the Classifications of Supervisory Position in the Equal Rights Division |
| 3a | | | | | Letter drafted by Kimble about Flossie Prince Bennett's retirement |
| 3b | | | | | Some of the Bennett's annual evaluations written by Kimble |
| 4a | | | | | Letter drafted by Kimble about Ambrosio Rosario's retirement |
| 4b | | | | | Some of the Rosario's annual evaluations written by Kimble |
| 5 | | | | | Annual evaluations for then-Equal Rights Officer James Drinan, written by Kimble |
| 6 | | | | | Defendants' responses to Plaintiff's discovery requests dated October 16, 2007 |
| 7 | | | | | Wisconsin Compensation Plan Section J for the 2003-2005 biennium |
| 8a | | | | | Defendants' responses to Plaintiff's second discovery requests |
| 8b | | | | | Defendants' responses to Plaintiff's second discovery requests (admissions) |
| 9 | | | | | Payroll records for James Chiolino provided by Defendants |
| 10 | | | | | Payroll records for Johnny Kimble provided by Defendants |
| 11 | | | | | 2001 Performance Recognition Award documentation for Chiolino |
| 12 | | | | | Portions of Robert Anderson's deposition |
| 13 | | | | | Payroll records for Mike Dixon |
| 14 | | | | | 2002 Discretionary Compensation Award documentation for Dixon |
| 15 | | | | | Dixon's 2001 position description for the position of Equal Rights Supervisor |
| 16 | | | | | Donoghue's letter notifying Dixon of the 2002 Discretionary Compensation Adjustment |
| 17 | | | | | Dixon's performance evaluations from 2002 through 2006 |
| 18 | | | | | Taylor's 2004 performance evaluation |
| 19 | | | | | Taylor's 1998 performance evaluation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| JOHN KIMBLE | | | vs. WISCONSIN DWD et. al. | | CASE NO. 07-C-0266 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 20 | | | | | Memorandum to Robert Anderson from Sheehan Donoghue dated May 28, 1997 |
| 21 | | | | | Letter to Robert Anderson from Sheehan Donoghue dated May 10, 1999 |
| 22 | | | | | Payroll records for Georgina Taylor |
| 23 | | | | | Affidavit of J. Sheehan Donoghue |
| 24 | | | | | Donoghue's letter notifying Kimble of the 1999 Discretionary Compensation Award |
| 25 | | | | | Chiolino's 1999 position description |
| 26 | | | | | Dixon's 2001 position description |
| 27 | | | | | Taylor's 1996 position description |
| 28 | | | | | Affidavit of LeAnna Ware |
| 29 | | | | | Kimble's 1998 position description |
| 30 | | | | | Kimble's Goals and Accomplishment Review Reports: 1992-2004 |
| 31 | | | | | Memo from Ware to Kimble, February 4, 1994 |
| 32 | | | | | Affidavit of Howard Bernstein |
| 33 | | | | | State Compensation Plan 1999-2001 |
| 34 | | | | | State Compensation Plan 2001-2003 |
| 35 | | | | | Supplemental affidavit of J. Sheehan Donoghue |
| 36 | | | | | Labor Standards Bureau Section Reports 2005 |
| 37 | | | | | Labor Standards Bureau Report 2006 |
| 38 | | | | | Performance Standards/Timeliness Standards |
| 39 | | | | | Discretionary Compensation Award for Dixon, 2002 |
| 40 | | | | | Performance Recognition Award for Chiolino, 2001 |
| 41 | | | | | Discretionary Compensation Award for Chiolino, 2006 |
| 42 | | | | | Goals and Accomplishments Review Reports for Chiolino, 2001-2006 |
| 43 | | | | | Goals and Accomplishments Review Reports for Dixon, 2002-2006 |